FUTTERMAN DUPREE DODD CROLEY MAIER LLP
JAMIE L. DUPREE          (SBN: 158105)
JAIME G. TOUCHSTONE (SBN: 233187)
601 Montgomery Street, Suite 333
San Francisco, CA 94111
Telephone:  (415) 399-3840
Facsimile:   (415) 399-3838
Email: jdupree@fddcm.com
Email: jtouchstone@fddcm.com

*Attorneys for Defendant*
J. Clark Kelso, Receiver

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL DAVID JOHNSON,<br><br>*Plaintiff,*<br><br>v.<br><br>RON DAVIS, et al.,<br><br>*Defendants.* | Case Nos.:  4:21-cv-01693-JSW;<br>3:22-mc080066-WHO<br><br>[PROPOSED] ORDER GRANTING DEFENDANT J. CLARK KELSO'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING CLARIFICATION ON SECOND MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF PAUL DAVID JOHNSON<br><br>[ECF 32, 104; Civ. L. R. 7-11]<br><br>Judges:   Hon. Jeffrey S. White<br>Hon. William H. Orrick |

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

The Court having considered the papers submitted regarding defendant Receiver J. Clark Kelso's ("Receiver" or "Kelso") motion for administrative relief seeking clarification from the Court (the "Motion") concerning Plaintiff Paul David Johnson's ("Plaintiff") second "Motion for Summary Judgment Under Rule 56 Fed. R. Civ. P. and Declaration for Appointment of Counsel" ("Second Motion for Summary Judgment") filed in Case No. 3:22-mc080066-WHO [ECF 104] (the "*In re CIM-SQ Transfer* Consolidated Case") and Case No. 4:21-cv-01693 [ECF 32] (the "Underlying Case"), and with good cause appearing,

THE COURT FINDS AND ORDERS AS FOLLOWS:

The Motion is GRANTED in the interest of justice.

This case remains stayed pending resolution of the open legal questions in the *In re CIM-SQ Transfer* Consolidated Case (Case No. 22-mc-80066-WHO), including whether Receiver "has quasi-judicial immunity, and if not, some other defenses he has raised such as whether he is a state actor who can be sued under section 1983", for purposes of (1) Receiver's response/opposition to Plaintiff's Second Motion for Summary Judgment; and (2) Receiver's deadline to file a responsive pleading and/or dispositive motion in this case.

All dispositive motion briefing, including any briefing on Plaintiff's Second Motion for Summary Judgment is stayed, and Receiver is not required to file a response/opposition until resolution of the limited issues in the *In re CIM-SQ Transfer* Consolidated Case and/or further direction and order from the Court.

**IT IS SO ORDERED**.

November 2, 2022
DATE

_Jeffrey S. White_
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

FUTTERMAN DUPREE
DODD CROLEY
MAIER LLP

1

[PROPOSED] ORDER GRANTING DEFENDANT J. CLARK KELSO'S MOTION FOR ADMINISTRATIVE RELIEF SEEKING CLARIFICATION ON SECOND MOTION FOR SUMMARY JUDGMENT FILED BY PLAINTIFF PAUL DAVID JOHNSON
Case Nos.: 4:21-CV-01693-JSW; 3:22-MC080066-WHO