UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

United States District Court
Northern District of California

In re CIM-SQ Transfer Cases

---

Re Case Nos.: *Lee v. Allison, et al*., 21-cv-01633-HSG; *Johnson v. Davis, et al*., 21-cv-01693-JSW; *Cole v. Allison, et al*., 21-cv-06503-WHO; *Schrubb v. State of California, et al*., 22-cv-00266-EJD; *O'Bannon v. State of California, et al*., 22-cv-00684-BLF; *Rhodes v. State of California, et al*., 22-cv-00905-JSC; *Dixon v. Diaz, et al*., 22-cv-02322-JSW

Case No. 22-mc-80066-WHO

**ORDER STAYING CASES PENDING APPEAL ON ASSIGNED ISSUED**

The defendants have filed a Notice of Appeal covering the cases identified in the caption. *See* Dkt. No. 117. Consistent with my prior Orders, the above-captioned cases are STAYED.

**IT IS SO ORDERED.**

Dated: December 2, 2022



William H. Orrick
United States District Judge